USA-74-24B
(Rev 05/01)

<div style="border: 2px solid red; color: red;">Sealed
Public and unofficial staff access to this instrument are prohibited by court order</div>

# CRIMINAL DOCKET

HOUSTON DIVISION

USAO Number: 2022R07915

Magistrate Number:

CRIMINAL INDICTMENT

United States Courts
Southern District of Texas
FILED
*June 24, 2025*
Filed Nathan Ochsner, Clerk of Court

No. **4:25-cr-00333**

Judge: **Hanen**

**UNITED STATES of AMERICA**

vs.

**ATTORNEYS:**
**NICHOLAS J. GANJEI, USA**  (713) 567-9000
RICHARD D. HANES, AUSA  (713) 567-9000

| Defendant | Appt'd | Private |
|---|---|---|
| LEOPOLDO PERRAULT BENITEZ, Cts.1, 3, 5, 7, 9, 11, 13 | ☐ | ☐ |
| ANTHONY BENITEZ, Ct.13 | ☐ | ☐ |
| ISAAC ALBERTO SIERRA, Cts.5, 11 | ☐ | ☐ |
| JOSE ANGEL MUNIZ, JR., Cts.2, 4, 6, 8, 10, 12, 14 | ☐ | ☐ |
|  | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 14 )

Cts. 1, 3, 7, 9: Bribery [18 USC § 201(b)(1)]

Cts. 2, 4, 6, 8, 10, 12, 14: Accepting a Bribe [18 USC § 201(b)(2)(C)]

Cts. 5, 11, 13: Aiding and Abetting Bribery [18 USC §§ 201(b)(1) and 2]

**PENALTY:** Cts.1-14: Up to 15 years incarceration, up to $250,000 or 3 times the equivalent value of the thing of value given, up to 3 years supervised release, $100.00 SA for each count.

[x] In Jail   ALL DEFENDANTS
[ ] On Bond
[ ] No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**